# EXHIBIT A

THE STATE OF TEXAS        §

                                  §         SEARCH WARRANT

COUNTY OF HARRIS        §

TO THE SHERIFF OR ANY PEACE OFFICER OF HARRIS COUNTY TEXAS

GREETINGS:

     WHEREAS, Complaint in writing, under oath, has been made before me by J. Werner. a peace officer employed by Houston Police Department, which complaint is attached hereto and expressly made a part hereof for all purposes and said complaint having stated facts and information in my opinion sufficient to establish probable cause for the issuance of this warrant;

     YOU ARE THEREFORE COMMANDED to forthwith search the item therein named, to wit: Samsung Galaxy s7 Edge with multiple cracks on the front and back and contained within an envelope marked with identification number 039092418:001, which was found on the person of Jcolby Oglesby, currently in the possession of the Houston Police Department, with the authority to search for and to seize any and all evidence that may be found therein including, but not limited to: photographs/videos; text or multimedia messages (SMS and MMS); any call history or call logs; any e-mails, instant messaging, or other forms of communication of which said phone is capable; Internet browsing history; any stored Global Positioning System (GPS) data; contact information including e-mail addresses, physical addresses, mailing addresses, and phone numbers; any voicemail messages contained on said phone; any recordings contained on said phone; any social media posts or messaging, and any images associated thereto, including but not limited to that on Facebook, Twitter, and Instagram; any documents and/or evidence showing the identity of ownership and identity of the users of said described item(s): computer files or fragments of files; all tracking data and way points; CD-ROM's, CD's, DVD's, thumb drives, SD Cards, flash drives or any other equipment attached or embedded· in the above described device that can be used to store electronic data, metadata, and temporary files.

YOU ARE FURTHER ORDERED to have a forensic examination conducted of any devices seized pursuant to this warrant to search for the items previously listed.

     HEREIN FAIL NOT and due return make hereof.

     WITNESS MY SIGNATURE on ___11th___, 2018, at ___Apri l___ O'clock ___2:00___ M.

MAGISTRATE
JUDGE 185
Harris County, Texas



DEFENDANT'S EXHIBIT

| THE STATE OF TEXAS | § | AFFIDAVIT FOR |
| | § | SEARCH WARRANT |
| COUNTY OF HARRIS | § | |

I, J. Werner, a peace officer employed by Houston Police Department do solemnly swear that I have reason to believe and do believe that within the Samsung Galaxy S7 Edge, Sprint cell phone, located in Harris County, Texas, are Contact list, Call logs, Text messages, and Photographs. relating, but not limited to, the Burglary of a Motor Vehicle of a 2016 Ford F-250 with a license plate of GWL7646 and VIN of 1FT7W2BT9GEA26612.

MY BELIEF IS BASED UPON THE FOLLOWING FACTS:

Your affiant, J. Werner, is an Investigator with the Houston Police Department currently assigned to the Auto Theft Division. Affiant has over 10 years' experience as a Police Officer. Affiant reviewed HPD report #390924-18, which was written by Officer T. H. Nguyen, who affiant finds credible and reliable. Affiant learned that suspect Jcolby Oglesby was arrested for Burglary of a Motor Vehicle and Evading Arrest in a Motor Vehicle on March 28th 2018. According to the report, officers from the Southwest Investigative Response Team conducted a jugging investigation at Top Gun Range, which is located at 5901 Beverly Hill St.. Houston, Harris County. Texas. Affiant knows from his training and experience that a jugging is a type of theft that occurs when suspects watch complainants as they leave an establishment (in this case a gun range) with property of value (in this case guns) and then follow the complainants until they exit their vehicle and leave the property unattended at which time the suspect(s) will burglarize the complainant's vehicle stealing the property of value.

Affiant learned from Officer Nguyen's report that officers had been conducting surveillance at "Top Gun" Gun Range located at 5901 Beverly Hill Blvd when they observed a Black Jeep Liberty with paper plates matching the description of the suspect vehicle from previous cases listed under master case #221704-18. Officers observed a male patron, hereafter the complainant, exit "Top Gun" and place a rifle bag in the back seat of his white Ford F-250. Officers observed the black Jeep follow the complainant from "Top Gun" Gun Range at 5901 Beverly Hill Blvd to a restaurant known as "Taqueria Del Sol" located at 8114 Park Place Blvd, Harris County Texas.

Officer Nguyen reported that officers observed the driver of the Jeep, later identified as Jcolby Oglesby, DOB 07/07/1993, watch the complainant as he left his vehicle, a 2016 Ford F-250, and enter the restaurant. Officers then observed that the Black Jeep Liberty parked facing the front door of the location with no one exiting the vehicle.

According to the report, officers then observed the complainant exit his truck and go into the restaurant. When the complainant entered the restaurant, officers observed suspect Jcolby Oglesby exit the Black Jeep Liberty, break the rear passenger window of the complainant's White Ford F-250, enter the complainant's vehicle through the broken window, take items from the complainant's vehicle, and then place the stolen items into the Black Jeep Liberty.

Officer Nguyen reported that Officers with the Houston Police Department's Southwest Investigative Response Team then attempted to stop and apprehend the suspect. Suspect Jcolby Oglesby returned to the Black Jeep Liberty and fled the location. Officers pursued the Black Jeep Liberty and were able to apprehend suspect Jcolby Oglesby, who was arrested for Burglary of a Motor Vehicle and Evading arrest in a motor vehicle and transported to SE Jail. Affiant learned from the report that suspect Jcolby Oglesby's phone tagged in the Houston Police Department's property room under tag #180013355. The phone is described as a Samsung Galaxy s7 Edge contained within an envelope marked with identification number 0390924 18:001. The phone has multiple cracks on both the front and back of the phone and is pictured below.

J00626-000100



JO0626-000101



Based on this information, the cellular telephone device seized from Jcolby Oglesby is believed to contain evidence of the offense of the aforementioned offenses, and/or evidence that a particular person committed the offense described herein, and/or items and information that is an implement or instrument used in the commission of the crime described herein, that may be found therein, including, but not limited to: photographs/videos, text or multimedia messages (SMS and MMS), Emails, Internet browsing history, GPS history, contact information, email addresses, physical addresses, mailing addresses, phone numbers stored in the phones or computers, documents and evidence showing the identity of ownership and identity of the users of those described items, computer files or fragments of files, photographs, videos, CD-ROM's, CD's, DVD's, thumb drives, SD Cards, flash drives or any other equipment attached or embedded in the above described device that can be used to store electronic data, metadata, and temporary files.

Based on my training and experience, I know that phones and "smart" phones such as the one listed herein, are capable of receiving, sending, or storing electronic data and that evidence of their identity and others may be contained within those cellular "smart" phones. I also know it is possible to capture video and photos with cellular telephones. Further I know from training and experience that cellular telephones are commonly utilized to communicate in a variety of ways such as text messaging, calls, and e-mail, or application programs such as google talk or Snapchat. The cellular telephone device, by its very nature is easily transportable and designed to be operable hundreds of miles from its normal area of operations, providing reliable and instant communications. I believe the incoming and outgoing telephone calls, incoming and outgoing text messaging, e-mails, video recordings and subsequent voicemail messages could contain evidence related to this offense and this investigation.

Additionally, based on my training and experience, I have found that it is common for suspects to communicate about their plans via text messaging, phone calls, or through other communication applications. Further, I know from training and experience that someone who commits the type of offense being investigated often make phone calls and/or text messages about the crimes and/or their plans. Further, I know based on training and experience, suspects often utilize a cellular telephone to communicate with other individuals with knowledge of the crime.

J00626-000102

Further, Affiant knows based on training and experience, suspects often access the internet via their cellular telephone to search for information about crimes.

Based upon the foregoing information, I have reason to believe and do believe that contained within this cellular telephone device described within the warrant is evidence of the offense(s) contained herein and/or evidence tending to show that particular person(s) committed the offense contained herein. I have reason to believe and do believe that evidence of the aforementioned offenses and the identity of other suspect(s) whether known or unknown to Affiant, is likely to be contained within the aforementioned cellular telephone device, namely: a Samsung Galaxy s7 Edge with multiple cracks on the front and back and contained within an envelope marked with identification number 039092418:001, which is currently in the possession of the Houston Police Department Property Room, located in Houston, Harris County, Texas.

WHEREFORE, PREMISES CONSIDERED, your affiant respectfully requests that a warrant issue authorizing your affiant, or any other peace officer of Harris County, Texas to access the item, namely, Samsung Galaxy s7 Edge with multiple cracks on the front and back and contained within an envelope marked with identification number 039092418:001, with authority to search for the information and items set out earlier in this affidavit.

AFFIANT

Sworn to and Subscribed before me on April 11 , 2018.

MAGISTRATE
JUDGE, Brown
Harris County, Texas

JO0626-000103

THE STATE OF TEXAS        §

                                               §        ARREST WARRANT

COUNTY OF HARRIS          §

TO THE SHERIFF OR ANY PEACE OFFICER OF HARRIS COUNTY, TEXAS OR THE STATE OF TEXAS

Greetings:

      Whereas, complaint in writing, under oath, has been made before me by A.W. Phillips, a peace officer, employed by the Houston Police Department, which complaint by affidavit is attached hereto and expressly made a part hereof for all purposes and said complaint having stated facts and information in my opinion sufficient to establish probable cause for the issuance of this warrant;

      You are therefore commanded to forth with arrest that Jeolby Oglesby, a black male with a date of birth of July 7, 1993, for the felony offense of Felon in Possession of a Weapon, Firearms Smuggling, and Endangering a Child.

      And due return make hereof.

3·3 Witness my signature on this the ___ 4 day of ___June___, 20_18, at
3·3 o'clock, _P_.m.

_____
Magistrate Judge
Harris County, Texas

F I L E D
Chris Daniel
District Clerk

JUN 1 3 2018

Time:_____
       Harris County, Texas
By_____
          Deputy

DEFENDANT'S EXHIBIT 2

JO0626-000245

| THE STATE OF TEXAS | § | |
| --- | --- | --- |
| | | AFFIDAVIT |
| COUNTY OF HARRIS | § | |

I, A.W. Phillips, employed as a peace officer with the Houston Police Department (HPD), assigned to the Auto Theft Division, do solemnly swear that I have reason to believe and do believe that Jcolby Oglesby, a black male with a date of birth of July 7, 1993, did, in Harris County, Texas, on or about April 10, 2018, intentionally and knowingly commit the felony offense of Felon in Possession of a Weapon, Firearms Smuggling, and Endangering a Child.

MY BELIEF IS BASED UPON THE FOLLOWING FACTS:

Your affiant, A.W. Phillips, is a Peace Officer in the State of Texas and is currently assigned to the Crime Reduction Unit of the Houston Police Department's Auto Theft Division. Affiant was given information concerning a series of Burglary of Motor Vehicle cases where victims had firearms stolen from their vehicles after leaving the "Top Gun" shooting range located at 5901 Beverly Hills Rd, Harris County, Texas. In each of the Burglary of Motor Vehicle cases, the victims would depart the range and proceed to a secondary location where they would leave their firearm in their vehicle. Affiant knows this criminal activity to be consistent with "jugging". "Jugging" is a predatory offense where suspect(s) stalk a victim and then burglarize the victim's vehicle for valuables. "Juggers" usually follow victims from banks in hopes of stealing large sums of money, however in these cases, the jugging suspects followed victims from gun ranges/stores in hopes of stealing firearms.

On March 29, 2018, Affiant was notified that an arrest was made in connection with a Burglary of a Motor Vehicle from "Top Gun". Affiant reviewed HPD offense report # 390324-18, authored by Officer, T.H. Nguyen, a certified peace officer employed with the Houston Police Department, and a credible and reliable witness. Upon review of HPD offense report # 390324-18, Affiant learned that officers with the Houston Police Department's crime reduction unit conducted several days of surveillance at the "Top Gun" shooting range located at 5901 Beverly Hills Rd, Harris County, Texas. On March 28, 2018, officers witnessed a black Jeep Liberty drive past the location twice. The Officers knew that a vehicle matching that description was described in some of the other gun "juggings", specifically in Houston Police case numbers 37665-18, 329017-18, 348325-18 (Possible). Officers observed a Ford F-250 leave Top Gun. The black Jeep began to follow the F-250. Officers believed that the black Jeep was following the F-250 for the purpose of committing a Burglary of a Motor Vehicle, so officer followed the black Jeep. Eventually, the F-250 parked at a restaurant known as "Taqueria Del Sol, located at 8114 Park Place, Harris County Texas. The occupants of the F-250 exited and went inside the restaurant. While the occupants of the F-250 where in the restaurant, officers witnessed the black Jeep stop next to the F-250. Officers observed a male, later identified as the defendant Jcolby Oglesby, DOB: 7/7/93, exit the driver side of the black Jeep and then break the rear passenger side window of the F-250 to gain entry. Defendant Oglesby entered the F-250 through the broken window. At that point, officers approached Defendant Oglesby wearing full tactical vest, marked with the words "Houston Police" in large gold lettering. Officers ordered Defendant Oglesby to stop, however, he ignored officers' commands, got into his vehicle and reversed out of the parking space. Defendant Oglesby then drove out of the parking lot at a high rate of speed and officer pursued. Officers pursed Defendant Oglesby until he bailed out of his vehicle and fled on foot. Officers set up a perimeter and Defendant Oglesby was later apprehended and arrested for Burglary of a Motor Vehicle as well as Evading in a Motor Vehicle. During the investigation, officer searched the black Jeep and located Defendant Oglesby's cell phone on the front driver side seat. The Defendant's cell phone was tagged as evidence and placed in the HPD property room. Officer Werner, a certified peace officer employed with the Houston Police Department Auto Theft Proactive Squad, completed a search warrant on defendant Oglesby's cell phone. After the search warrant was signed and

executed, officers with the proactive squad reviewed the downloaded information. During this review Affiant found multiple photos and videos of Defendant Oglesby handling and firing multiple handguns and assault rifles. Affiant learned that Defendant Oglesby is a convicted felon. Specifically, Defendant Oglesby was convicted of the Felony offense of Attempted Possession of a Firearm by a Felon on June 17, 2015 in the 232nd District Court of Harris County, Texas—he was sentenced to 8 months in a State Jail facility. Prior to that, Defendant Oglesby was convicted of the Felony offense of Burglary of a Habitation on July 18, 2013 in the 177th district Court of Harris County, Texas—he was sentenced to 2 years in the Texas Department of Criminal Justice. Additionally, affiant learned that Defendant Oglesby is also a documented member of the bloods criminal gang. Affiant noted that the photos and videos on Defendant Oglesby's phone were time and date stamped.

After reviewing the cell phone data, Affiant contacted Special Agent Schuster, a federal agent employed with the Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF), and a credible and reliable person. Agent Schuster reviewed the cell phone data from defendant Oglesby phone. While reviewing the photos and videos Agent Schuster found information that Defendant Oglesby had made purchases from "Primary Arms" gun store, located at 3219 S. Sam Houston Parkway E., Houston, Harris County, Texas. After he finished reviewing the Defendant's cell phone, Agent Shuster went to Primary Arms which is located in Harris County Texas. Agent Schuster later informed Affiant that when he went to "Primary Arms" he learned that they sell firearms and firearm parts and accessories. They sell these items at their retail location and also via the internet. Agent Schuster informed Affiant that while he was at "Primary Arms", he spoke with several employees at the location and learned that Defendant Oglesby was a frequent customer. He also learned from Timothy Head, one of the employees, that Defendant Oglesby brought a female into "Primary Arms" and introduced her as his sister to the staff (this Female was later Identified as Darian Clark Chaney, D.O.B January 28, 1993). According to Timothy Head, Defendant Oglesby informed the staff at Primary arms that defendant Darian Clark Chaney would be picking up his orders for him.

After receiving this information from Agent Schuster, Affiant went to "Primary Arms" to conduct a follow up investigation and gain additional information regarding Defendant Oglesby's dealing there. While at "Primary Arms", Affiant learned that there was in-store surveillance video of some of Defendant Oglesby's visits. Affiant reviewed multiple videos and observed Defendant Oglesby using an in-store kiosk multiple times to access the "Primary Arms" website. Defendant Oglesby would order parts to be picked up in-store. Depending on availability, the items were sometimes picked up during the same visit, while other times, they were picked up on a later date. Also while watching the video Affiant observed Darian Clark Chaney picking up parts. Affiant observed Darian Clark Chaney filling out paperwork in connection with some of these pick-ups. Affiant learned that Darian Clark Chaney completed ATF Form 4473 on April 9, 2018 and on April 10, 2018. An ATF Form 4473 is a Firearms Transaction Record, which must be completed at the time of purchase by the person who is purchasing a firearm. Affiant relayed this information back to Agent Schuster, so that he could conduct a more in-depth investigation into Darian Clark Chaney's firearm purchases at "Primary Arms".

Agent Schuster informed Affiant that "Primary Arms" is a Federal Firearms Licensee (FFL) which sells firearms and accessories. Agent Schuster learned that Defendant Oglesby purchased firearms accessories from "Primary Arms" under the alias "Colby Jones". Agent Schuster informed Affiant that Defendant Oglesby purchased and estimated $20,000 work of firearm accessories from "Primary Arms". Agent Schuster reviewed multiple ATF Form 4473's and multiple Sales Orders. Agent Schuster informed Affiant that he learned that Darian Clark Chaney retrieved firearm accessory orders for Defendant Oglesby on multiple occasions.

When a firearm is purchased from an FFL, an ATF form 4473 is required. Question 11(a) – "are you the transferee / buyer of the firearm(s) listed on this form?" is located on every ATF form 4473. When filling out an ATF form 4473 and purchasing firearms, a person is required to present a copy of his/her state issues ID.

On April 9, 2018, Darian Clark Chaney purchased three AR-15 style receivers from "Primary Arms", which are considered firearms under federal law. These receivers are listed below:

    Anderson Manufacturing, AM-15, receiver, serial number 18039965

JO0626-000247

Anderson Manufacturing, AM-15, receiver, serial number 18058423

Spikes Tactical LLC, ST15, receiver, serial number DV035200

On question 11(a), Darian Clark Chaney checked the "yes" box, indicating that she was purchasing the firearms for herself and no one else. She presented her Texas License to Carry a Firearm—a copy was made and attached to the ATM Form 4473.

On April 10, 2018, Darian Clark Chaney purchased three more AR-15 style receivers from "Primary Arms", which are considered firearms under federal law. These receivers are listed below:

Anderson Manufacturing, AM-15, receiver, serial number 18039956

Anderson Manufacturing, AM-15, receiver, serial number 18051967

Ghost Firearms, SK-15, receiver, serial number SK181140

On question 11(a), Darian Clark Chaney checked the "yes" box, indicating that she was purchasing the firearms for herself and no one else. She presented her Texas License to Carry a Firearm—a copy was made and attached to the ATM Form 4473.

Affiant knows from his training and experience that a "Straw Purchase" is a person who unlawfully purchases a firearm for a third party who is unable to purchase a firearm for himself. After purchasing the firearm, the straw purchaser will then unlawfully transfer the firearm to the third party. Agent Schuster informed Affiant that based on his training and experience, he knows that "Straw Purchasers" will often complete their transactions on separate days in order to break up the total number of firearms purchased at one time. This is done in an effort to avoid suspicion. Agent Schuster informed Affiant that on May 17, 2018, he followed Darian Clark Chaney to "Primary Arms" where he witnessed her retrieve purchase order number SO-1428062, under the name "Colby Jones", for a total of $553.94. Agent Schuster stated that Darian Clark Chaney is the same person from the surveillance videos who made the purchases on April 9, 2018 and April 10, 2018 on behalf of Defendant Oglesby. She is also the same person who filled out the AFT Form 4473s on those days and provided her Texas LTC as verification of identity.

Based on the serial numbers, Affiant believes that the receivers purchased by Darian Clark Chaney on April 9, 2018 and April 10, 2018 are the same receivers found in the pictures from Defendant Oglesby's cell phone. Once Affiant learned that Defendant Oglesby was using Darian Clark Chaney as a "Straw Purchaser", Affiant asked Agent Schuster to check into Defendant Oglesby's live in girlfriend and the mother of his child, Jessica McClendon, D.O.B. September 3, 1994. Agent Schuster checked for any ATF Form 4473 that she applied for. Agent Schuster learned that Jessica McClendon made two purchases at "ESAD Arms, LLC" located at 27493 Hanna Road #12, Oak Ridge North, TX, 77385. Agent Schuster was provided two ATF Form 4473s from "ESAD Arms" that were completed by Jessica Morgan McClendon, D.O.B. 09/03/1994.

On February 18, 2017, Jessica Morgan McClendon purchased one AR-15 style receiver from "ESAD Arms", which is considered firearms under federal law. This receiver is listed below:

Anderson Manufacturing, AM-15, receiver, serial number 16376542

On question 11(a), Jessica Morgan McClendon checked the "yes" box, indicating that she was purchasing the firearms for herself and no one else. She presented her Texas License to Carry a Firearm—a copy was made and attached to the ATM Form 4473.

On March 2, 2017, Jessica Morgan McClendon purchased one AR-15 style receiver from "ESAD Arms", which is considered firearms under federal law. This receiver is listed below:

Aero Precision, X-15, receiver, serial number X038895

On question 11(a), Jessica Morgan McClendon checked the "yes" box, indicating that she was purchasing the firearms for herself and no one else. She presented her Texas License to Carry a Firearm—a copy was made and attached to the ATM Form 4473.

Agent Schuster informed Affiant that he reviewed the photos from Defendant Oglesby's cell phone and he was able to locate two pictures of an Aero Precision AR-15 style rifle. The serial number on this rifle is X038895. The metadata dates on both pictures are March 10, 2017. Agent Schuster was also able to locate a picture of an Anderson Manufacturing AR-15 style receiver bearing serial number 16376542. The metadata date on that picture is November 8, 2017.

Agent Schuster informed Affiant that he made contact with various Federal Firearms Licensees (FFL) in an effort to locate any additional "Straw Purchasers" related to Defendant Oglesby. Agent Schuster also E-traced all the visible serial numbers observed in pictures from the Defendant Oglesby's cell phone. Affiant knows from training and experience that an E-trace, is a trace of a firearm completed when it is recovered in a crime or found abandoned. This trace links the firearm to its original purchaser. Agent Schuster informed Affiant that while he was reviewing the photos from Defendant Oglesby's cell phone and he was able to locate a picture of an Anderson Manufacturing AR-15 style receiver bearing serial number 16394492. The pictures metadata date is August 11, 2017. Agent Schuster informed Affiant that he was able to locate an E-trace (T20180023112) for the Anderson Manufacturing AR-15 style receiver bearing serial number 16394492. Agent Schuster informed Affiant that he learned that this Anderson Manufacturing AR-15 style receiver bearing serial number 16394492 was originally purchase by William Parson. Agent Schuster then contacted William Parson to ask him if he had sold this receiver. Agent Schuster informed Affiant that Mr. Parson stated that he sold the receiver to Jessica Morgan McClendon on February 11, 2017.

Based on the serial numbers, Affiant believes that the receivers purchased by Jessica McClendon on February 11, 2017, February 18, 2017, and March 2, 2017 are the same receivers found in the pictures from Defendant Oglesby's cell phone.

While reviewing the videos and photos recovered from the forensic download of Defendant Oglesby's cell phone, Affiant observed a video of Defendant Oglesby, where he appears to be advertising the sale of an AR-15 style assault rifle. In the video, Defendant Oglesby can be seen holding an AR-15 with multiple other AR-15 style assault rifles in the background. Defendant Oglesby can be heard saying, "Don't even hit me up unless you've got 800 to 1000." Based on training and experience, Affiant believes this to mean that Defendant Oglesby intends to sell these AR-15 style assault rifles for between $800.00 and $1,000.00. Affiant also observed multiple pictures of fully-built AR-15 style assault rifles —Affiant noted that several pictures contain the AR-15 style receivers, marked with the serial numbers mentioned above that were purchased by Darian Clark Chaney and Jessica McClendon.

Based on Agent Schuster's findings as well as some of the videos and text messages recovered from the forensic download of Defendant Oglesby's cell phone, Affiant believes that Defendant Oglesby, Darian Clark Chaney, and Jessica McClendon are engaging in the business of unlawfully transferring firearms.

Also, while reviewing the videos and photos recovered from the forensic download of Defendant Oglesby's cell phone, Affiant observed several pictures and videos of a small child, approximately 2 years old. In several of these pictures and videos, Affiant observed this child handling multiple firearms, including handguns and assault rifles. Affiant observed Defendant Oglesby posing alongside the child in several photos and videos. Affiant observed that the weapons in several of these pictures and videos appear to be loaded—meaning that the magazines are in the firearms. In one video, Affiant observed the child running with a pistol—the magazine was in the pistol. Affiant knows that loaded handguns are extremely dangerous and can cause serious bodily injury and death. Affiant knows based on training and experience, and common sense that small children should not be allowed to handle loaded handguns or assault rifles because they could seriously harm themselves and others. Affiant also observed a picture where this same child has what appears to be an un-lit marihuana cigarette in his mouth.

Based on the photos and videos of this child, Affiant believes that Defendant Oglesby is intentionally and knowingly engaging in conduct that is placing a child younger than fifteen years of age in imminent danger of

death and bodily injury, namely by allowing the child to have free access to firearms and narcotics.

Wherefore, premises considered, your affiant is of the opinion that that Jeolby Oglesby, a black male with a date of birth of July 7, 1993, committed the felony offense of Felon in Possession of a Weapon, Firearms Smuggling, and Endangering a Child, and respectfully requests that a warrant issue authorizing the arrest of that Jeolby Oglesby, a black male with a date of birth of July 7, 1993, for the felony offense of Felon in Possession of a Weapon, Firearms Smuggling, and Endangering a Child, as described above.

AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE _____ OF _____ 2018.

MAGISTRATE/JUDGE
HARRIS COUNTY, TEXAS

**F I L E D**
Chris Daniel
District Clerk

JUN 13 2018

Time:_____
Harris County, Texas
By_____
Deputy

JO0626-000250

| THE STATE OF TEXAS | § | HARRIS COUNTY, TEXAS |
|---|---|---|
| COUNTY OF HARRIS | § | RETURN AND INVENTORY |

The undersigned, being a peace officer under the laws of the State of Texas, certifies that the foregoing warrant came to hand on the day it was issued and that it was executed on the 5TH day of $JUNE$ , 2018, by making the arrest directed therein and arresting the following person:

JCOLBY  OGLESBY

OFFICER EXECUTING PROCESS